IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JUNIOR JEAN,** | § | |
| Plaintiff, | § | |
| **v.** | § | **Civil Action No. 3:26-CV-01394-L-BK** |
| **WARDEN PRAIRIELAND DETENTION CENTER,** | § | |
| Defendant. | § | |

**ORDER**

On June 22, 2026, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 7) was entered, recommending that the court **dismiss without prejudice** this action for failure to comply with a court order and for want of prosecution. No objections to the Report have been filed, and the 14-day period to object after service of the Report has passed. *See* Fed. R. Civ. P. 72(b)(1)(2); 28 U.S.C. § 636(b)(1)(C).

Magistrate Judge Renée Harris Toliver notes that the court "issued a deficiency order advising Plaintiff that, if he seeks to proceed with this civil action, he must file a complaint on the court-approved form and either pay the $405.00 filing fee or file an application to proceed in forma pauperis." Doc. 7 at 1 (citing Doc. 5). Plaintiff's response deadline was May 28, 2026; however, Magistrate Judge Toliver notes that Plaintiff has not complied with the deficiency order or requested an extension of time to do so. *Id.* Magistrate Judge Toliver found that this action should be dismissed without prejudice, because Plaintiff was given ample opportunity to respond to the court's deficiency order and failed to do so. *Id.*

After considering the pleadings, file, record, Report, and applicable law, the court **determines** that the findings and conclusions of the magistrate judge are correct, and **accepts** them

as those of the court. The court **dismisses without prejudice** this action **against** Defendant for failure to comply with a court order and for want of prosecution. The court **directs** the clerk of court to close this action.

**It is so ordered** this 21st day of August, 2026.

Sam A. Lindsay
United States District Judge